IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3045 |
| | ) | |
| V. | ) | |
| | ) | |
| WALTER R. WEAVER and | ) | ORDER |
| DEBORAH R. WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The defendants' unopposed motion to modify fourth amended order on sentencing schedule (filing 40) is granted in part and denied in part.

(2) Counsel for the defendants and the United States Attorney assigned to this case shall advise the undersigned when the case is ripe for the issuance of a fifth amended order on sentencing schedule.

(3) The deadlines in paragraphs 6-8 of filing 39 and the defendant's sentencing hearings are continued until further order of the court.

DATED this 8th day of March, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge