IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3009 |
| | ) | |
| V. | ) | |
| | ) | |
| DONALD SNOOZY and | ) | ORDER |
| KATHRYN SNOOZY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendants' motions for downward departure (filings 43 and 44) will be resolved at sentencing.

DATED this 19th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge